**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 03-6249**

———

JENNIFER L. BUNCH,

Plaintiff - Appellant,

versus

HENRICO COUNTY; VIRGINIA DEPARTMENT OF
CORRECTIONS,

Defendants - Appellees.

———

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (CA-02-1411-AM)

———

Submitted: April 17, 2003          Decided: April 24, 2003

———

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Jennifer L. Bunch, Appellant Pro Se.

———

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jennifer L. Bunch appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bunch v. Henrico County, No. CA-02-1411-AM (E.D. Va. filed Jan. 21, 2003 & entered Jan. 27, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED